AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware (Wilmington)

James Tickell, Liquidator of Thirdspace Living Limited

V.

Broadband Management Solutions, LLC, a Delaware Limited Liability Copmany, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    1:07-cv-00500-SLR

TO: (Name and address of Defendant)

Broadband Management Solutions, LLC
c/o The Corporation Trust Company (Registered Agent)
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Brown, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**        9/10/07

CLERK                                      DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/13/07 |
| NAME OF SERVER (PRINT) Mike DiEleuterio | TITLE Legal Courier |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Corporation Trust
1209 Orange St Wilmington, DE 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/13/07
Signature of Server

Tri-State Courier
827 N King St
Wilmington DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.