AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____Delaware (Wilmington)_____

James Tickell, Liquidator of Thirdspace Living Limited

V.

Broadband Management Solutions, LLC, a Delaware Limited Liability Copmany, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-cv-00500-SLR

TO: (Name and address of Defendant)

Scott C. Chandler, President
C-Cor Incorporated
60 Decibel Road
State College, PA 16801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Brown, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    9/10/07
CLERK                              DATE

(By) DEPUTY CLERK

# Affidavit of Process Server

_____
(NAME OF COURT)

**JAMES TICKELL** vs **BROADBAND MANAGEMENT** **1:07-CV-00500**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE NUMBER

I **KENNETH G. HEIDRICH**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **PAM REGGIO EXC. SECRETARY TO PRESIDENT OF C-COR**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) _____

by leaving with _____ At
NAME — RELATIONSHIP

☐ Residence _____
ADDRESS — CITY / STATE

☑ Business **60 DECIBEL RD. STATE COLLEGE, PA. 16801**
ADDRESS — CITY / STATE

On **SEPTEMBER 18, 2007** AT **3:00 PM**
DATE — TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME — DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME — DATE TIME — DATE TIME

**Description:** Age **50** Sex **F** Race **C** Height **6'1"** Weight **180** Hair **BRN** Beard ____ Glasses ____

*Kenneth G. Heidrich*
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **18th** day of **September**, ~~2006~~ **2007**

*Nancy Alexandra Long*
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Pennsylvania**

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nancy Alexandra Long, Notary Public
Patton Twp., Centre County
My Commission Expires May 9, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>SEPTEMBER 18, 2007 |
| NAME OF SERVER (PRINT)<br>KENNETH G. HEIDRICH | TITLE<br>LICENSED PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: C-COR, 60 Decibel Rd. State College, Pennsylvania 16801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/18/07
             Date

*Signature of Server*  Kenneth G. Heidrich

Brandywine Process Servers
P.O. Box 1360
Wilmington, DE 19899-1360

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.