IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES TICKELL, LIQUIDATOR OF THIRDSPACE LIVING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BROADBAND MANAGEMENT SOLUTIONS, LLC, a Delaware Limited Liability Company and C-COR CORPORATION, a Pennsylvania corporation,<br><br>Defendants. | Civil Action No. 07-cv-00500-SLR<br><br>Jury Trial Demanded |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by plaintiff, James Tickell, Liquidator of Thirdspace Living Limited, and defendant, C-Cor Corporation, that C-Cor Corporation shall have an extension of time until October 23, 2007 in which to answer, move or otherwise plead to the complaint.

| | |
|---|---|
| /s/ Daniel J. Brown<br>A. Richard Winchester (No. 2641)<br>Daniel J. Brown (No. 4688)<br>McCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King St., 8th Floor<br>Wilmington, DE 19801<br><br>Attorney for Plaintiff<br><br>Dated: 9/28/2007 | /s/ William M. Kelleher<br>William M. Kelleher (No. 3961)<br>BALLARD, SPAHR, ANDREWS & INGERSOLL LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801-3034<br><br>Attorney for defendant, C-Cor Corporation<br><br>Dated: 9/28/2007 |

SO ORDERED:

_____
U.S.D.J.