IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES TICKELL, LIQUIDATOR OF )
THIRDSPACE LIVING LIMITED, )
)
      Plaintiff, )
)
v. ) Case No. 1:07-cv-00500-SLR
)
BROADBAND MANAGEMENT )
SOLUTIONS, LLC, a Delaware Limited, )
Liability Company and )
C-COR CORPORATION, )
a Pennsylvania corporation )
)
      Defendants. )

## PLAINTIFF'S DISMISSAL OF ACTION

NOW COMES James Tickell, Liquidator of Thirdspace Living Limited, Plaintiff herein and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1) hereby dismisses this matter with prejudice.

Respectfully submitted this 15th day of October, 2007.

/s/ Daniel J. Brown
Daniel J. Brown (Del. ID #4688)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300

David M. Pernini
WARGO & FRENCH LLP
1170 Peachtree Street, NE
Suite 2020
Atlanta, GA 30309
(404) 853-1500

Dated: October 15, 2007

Attorneys for Plaintiff James Tickell, as
Liquidator of Thirdspace Living Limited

## CERTIFICATE OF SERVICE

This certifies that I have this day electronically filed the foregoing **Plaintiff's Dismissal of Action** with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to the following attorneys of record:

William M. Kelleher, Esq.<br>
Ballard, Spahr, Andrews & Ingersoll, LLP<br>
919 North Market Street<br>
12th Floor<br>
Wilmington, DE  19801-3034

This 15th day of October, 2007.

                                                       s/     Daniel J. Brown (Del. ID #4688)

Tickell Dismissal.DOC